Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J Sports Productions, Inc., | CASE NO. CV 11-5469 SI |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT KAM LEUNG LI, individually and d/b/a EZ 5 |
| vs. | |
| Kam Leung Li, et al., | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant KAM LEUNG LI, individually and d/b/a EZ 5, that the above-entitled action is hereby dismissed **without prejudice** against KAM LEUNG LI, individually and d/b/a EZ 5, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 15, 2012, the dismissal shall be deemed to be **with prejudice**.

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: March 8, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: March 8, 2012

TINGLEY PIONTKOWSKI
By: Bruce Piontkowski
Attorneys for Defendant KAM LEUNG LI, individually and d/b/a EZ 5

IT IS SO ORDERED:

The Honorable Susan Illston
United States District Court
Northern District of California

Dated: 3/12/12

STIPULATION OF DISMISSAL
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 8, 2012, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS KAM LEUNG LI, individually and d/b/a EZ 5**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Bruce C. Piontkowski, Esquire (Attorneys for Defendant)
**TINGLEY PIONTKOWSKI, LLP**
10 Almaden Blvd., Suite 430
San Jose, CA 95113

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 8, 2012 at South Pasadena, California.

Dated: March 8, 2012

_____
MARIA BAIRD